PER CURIAM.

SCIENTIFIC PRODUCTS DIVISION OF AMERICAN HOSPITAL SUPPLY CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed August 6, 1973.*

SCIENTIFIC PRODUCTS DIVISION OF AMERICAN HOSPITAL SUPPLY CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.